```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GRACIELA DONCOUSE,                                          :
                                                            :
                              Plaintiff,                    :
                                                            :
              -against-                                     :
                                                            :
NAIL SPA 49 CORP. et al.                                    :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2021

21-CV-6037 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on July 14, 2021, (Doc. 1), and Defendants' answers were due on August 17, 2021, (Docs. 5–6.) Defendants never filed their answers, and Plaintiff has failed to take further action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 15, 2021. If Plaintiff fails to do so or otherwise demonstrates that she does not intend to prosecute, I will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   September 24, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge